UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 12-20077-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PIERO LORA,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding Restitution. [D.E. 54]

**THE MATTER** was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, on June 29, 2012. A Report and Recommendation, filed on August 30, 2012, recommended that the Court <u>not</u> award any restitution to G.S. or to anyone else (as G.S. is the only potential victim to have responded to requests for information.). The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Goodman, is hereby **Adopted and Approved in its entirety**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of October, 2012.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Marton Gyires, AUSA
       Maria E. Perez, Esq.